UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Zachary P. Berbig and
Krista S. Berbig,   Chapter 7

Debtors.   Bankruptcy No. 23-42451

**STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGE OR FILE MOTION TO DISMISS**

The debtors and the Acting United States Trustee ("UST") enter into the following stipulation:

## RECITALS

1. The debtors filed a voluntary chapter 7 petition on November 18, 2023.

2. The last day to object to the debtors' discharge or file a motion to dismiss pursuant to § 707(b)(3) is February 12, 2024.

3. The UST is investigating the debtors' financial circumstances and has recently requested various additional documents of the debtors. The debtors have not yet provided the requested documentation. As a result, the UST needs additional time to obtain and review the documents. The parties agree that the respective deadlines should be extended to permit the UST to conclude her investigation.

# AGREEMENT

The parties agree:

1. That the deadline to object to the debtors' discharge pursuant to 11 U.S.C. § 727 may be extended to April 12, 2024.

2. Pursuant to Local Rule 9011-1(b), the parties authorize the submission of this Stipulation to Extend Time to Object to Discharge or File Motion to Dismiss with the electronic signatures of counsel for both parties.

Dated: February 8, 2024

| | |
|---|---|
| THOMAS F. MILLER, P.A. | MARY R. JENSEN<br>ACTING UNITED<br>STATES TRUSTEE<br>Region 12 |
| s/ Thomas F. Miller<br>Thomas F. Miller, #73477<br>Attorneys for debtors<br>1000 Superior Blvd. #303<br>Wayzata, MN 55391<br>952-404-3896<br>thomas@millerlaw.com | s/ Colin Kreuziger<br>Colin Kreuziger<br>Trial Attorney<br>MN Atty. No. 0386834<br>Office of the United States Trustee<br>U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 334-1350<br>Colin.Kreuziger@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Zachary P. Berbig and
Krista S. Berbig,                               Chapter 7

      Debtors.                              Bankruptcy No. 23-42451

# ORDER

Pursuant to the stipulation between the debtors and the Acting United States Trustee,

IT IS ORDERED:

1. The deadline to file an objection to the debtors' discharge shall be April 12, 2024.

Dated:

                                              Michael E. Ridgway
                                              United States Bankruptcy Judge